

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Diane Rusiecki<br><br>Debtor | Chapter 13<br>24-10018-CJP |

## ORDER

NO RESPONSESHAVING BEEN FILED, THE CONFIRMATION OBJECTIONS OF THE CHAPTER 13 TRUSTEE [DKT. NO. 44] AND WELLS FARGO BANK, N.A. [DKT. NO. 46] (TOGETHER, THE "OBJECTIONS") ARE SUSTAINED AND THE DEBTOR'S MOTION TO AMEND [DKT. NO. 40] IS DENIED.

THE DEBTOR SHALL FILE AND SERVE ON ALL CREDITORS AND INTERESTED PARTIES AN AMENDED PLAN AND MOTION TO APPROVE THE SAME ADDRESSING THE SUSTAINED OBJECTIONS WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER, AND SHALL FILE A CERTIFICATE OF SERVICE REGARDING THE SAME. THE DEBTOR IS CAUTIONED TO SERVE THE AMENDED PLAN AND MOTION TO AMEND DIRECTED TO BE FILED PURSUANT TO THIS ORDER ON ALL CREDITORS AS IT APPEARS THE PRIOR PLAN AND MOTION WERE NOT SERVED ON CERTAIN PARTIES LISTED ON THE MATRIX (INCLUDING GOLDMAN SACHS BANK USA, ST. MARYS CREDIT UNION, SYNCB/WALMART DC, AND TARGET) AND PARTIES WHO HAVE FILED PROOFS OF CLAIM (INCLUDING TD BANK AND CAPITAL ONE).

IF THE DEBTOR FAILS TO COMPLY WITH THIS ORDER, THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

Dated: 06/24/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge